UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WALTER HUGGINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06-CV-01283 SNL |
| ) | |
| FEDERAL EXPRESS CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that Defendant Swanston Equipment Company's motion for summary judgment (Doc. #57, filed Dec. 6, 2007) be, and is, **HEREBY DENIED**.

**IT IS FURTHER ORDERED** that Defendant Federal Express Corporation's motion for summary judgment (Doc. #60, filed Dec. 7, 2007) be, and is, **HEREBY GRANTED**.

**IT IS STILL FURTHER ORDERED** that Plaintiff's motion for summary judgment (Doc. #63, filed Dec. 7, 2007) be, and is, **HEREBY DENIED**.

**IT IS STILL FURTHER ORDERED** that former Defendant Teton Transportation, Inc.'s motion for leave to amend its answer (Doc. #89, filed Feb. 12, 2008) be, and is, **HEREBY DENIED** as moot.

**IT IS STILL FURTHER ORDERED** that Defendant Federal Express Corporation's motion for reconsideration (Doc. #124, filed May 5, 2008) be, and is, **HEREBY DENIED** as moot.

**IT IS FINALLY ORDERED** that this cause shall proceed to trial on May 19, 2008, as against Defendant Swanston Equipment Company.

A Memorandum in accordance with this Order shall be forthcoming.

Dated this 7th day of May, 2008.

_____
**SENIOR UNITED STATES DISTRICT JUDGE**