IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **WALTER HUGGINS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO.4 :06-CV-01283-SNL |
| | § | |
| | § | |
| **FEDEX GROUND PACKAGE** | § | |
| **SYSTEM,I NC., TETON** | § | |
| **TRANSPORTATION,I NC.,a nd** | § | |
| **SWANSTON EQUIPMENT COMPANY,** | § | |
| | § | |
| **Defendants.** | § | |

## JUDGMENT

Before the Court is the Joint Motion for Stay and Entry of Judgment filed by Plaintiff Walter Huggins and Defendant Swanston Equipment Company ("Swanston") pursuant to Rule 54(b). The Court agrees pursuant to Rule 54(b) that there is no just reason to delay appellate review,G RANTS the Motion,a nd Orders as follows:

1) The Court's Order of April 16, 2008 (Doc. 105) granting summary judgment for Defendant Teton Transportation, Inc. ("Teton") is hereby entered as a Final Judgment this date, and is certified for appeal;

2) The Court'sO rder of May 7, 2008 (Doc. 127) granting summary judgment for Defendant FedEx Ground Package System, Inc. ("FedEx") is hereby entered as a Final Judgment this date, and is certified for appeal; and

3) Plaintiff's claims against Swanston are hereby stayed pending resolution of any appeal by Plaintiff of the above-referenced summary judgment orders.

Dated this \_\_\_20th\_\_\_ day of \_\_\_May\_\_\_, 2008.

_____
SENIOR UNITED STATES DISTRICT JUDGE