# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

## MINUTES OF CIVIL JURY/NON JURY TRIAL

Presiding Judicial Official **Stephen Limbaugh Jr** Date **12/13/10** Trial Day **1** Case No. **4:06CV1283SNLJ**

**Huggins** vs. **Fed Ex, et al**

Parties present for ☒ JURY TRIAL ☐ NON JURY TRIAL _____

Court Reporter **Lynne Shrum**  Deputy Clerk **L. Kresko**

Attorney(s) for Plaintiff(s) **Kelly Curnett, Michelle Funkenbusch, Daniel Mathis**

Attorney(s) for Defendant(s) **John McCullough, Melissa Nail, John Enright**

☒ Jury impaneled and sworn.  ☒ Opening Statement(s) of ☒ Plaintiff(s) ☒ Defendant(s) made.

☒ Plaintiff(s) evidence ☒ commenced ☐ resumed ☐ and ☒ but not ☒ concluded.

☐ Defendant(s) evidence ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Plaintiff(s) evidence in rebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Defendant(s) evidence in surrebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Oral ☐ Written Motion for _____

☐ filed ☐ made/argued by ☐ pltf(s) ☐ deft(s) ☐ _____ and is

☐ Overruled/Denied ☐ Sustained ☐ Court's ruling reserved ☐ taken under submission ☐ taken with the case.

☐ Closing Arguments of counsel made.  ☐ Jury charged and retires to consider its verdict(s).

☐ Case taken under advisement.  ☐ The Court declares a MISTRIAL. Trial is reset_____

☐ Jury having been given a special verdict in the form of written interrogatories for finding of fact, together with forms from general verdict ☐ retires to consider its verdict(s).  ☐ Jury unable to agree upon its verdict(s) by _____ am/pm is excused to resume deliberations on _____ at _____ am/pm

☐ Verdict(s) returned (See verdict form.)  ☐ On motion of ☐ plaintiff ☐ defendant ☐ Court the jury is polled.

☒ Proceedings to continue **12/14/10** at **9:30** ☒ am/pm

☐ Judgment is entered accordingly this date.  ☐ Depositions ☐ Exhibits retained by ☐ Court ☐ Counsel.

**Further motions in limine ruled on the record.**

JURY DELIBERATIONS COMMENCED: _____  CONCLUDED: _____
PROCEEDINGS COMMENCED: **10:27 am**   CONCLUDED: **11:57 am**
                       **1:01 pm**                    **5:20 pm**